

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Franklin Elvin Fenley,                          * From the 42nd District Court
                                                  of Taylor County
                                                  Trial Court No. 26721A.

Vs. No. 11-17-00171-CR                           * June 13, 2019

The State of Texas,                             * Memorandum Opinion by Stretcher, J.
                                                  (Panel consists of: Bailey, C.J.,
                                                  Stretcher, J., and Wright, S.C.J., sitting
                                                  by assignment)
                                                  (Willson, J., not participating)

    This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.